

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 26, 2026

**By ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *American Civil Liberties Union Foundation, et al. v. U.S. Immigration and Customs Enforcement*, No. 25 Civ. 8109 (VEC)

Dear Judge Caproni:

      This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-captioned action, which Plaintiffs bring pursuant to the Freedom of Information Act, 5 U.S.C. § 552. I write on behalf of both parties, in accordance with the Court's Order of December 8, 2025, ECF No. 23, to provide a status update.

      On January 15, 2026, ICE made its first and final production to Plaintiffs of responsive and non-exempt records. That production included 98 pages, which were released in full or withheld in part pursuant to FOIA exemptions (b)(4), (b)(6), (b)(7)(C), (b)(7)(E), and (b)(7)(F). Plaintiffs reviewed the production and, by letter dated February 13, 2026, challenged certain of the withholdings and requested a *Vaughn* index. At the end of that same day, funding to the Department of Homeland Security lapsed. The ICE FOIA office is furloughed during the shutdown. ICE anticipates that it will be in a position to respond to Plaintiffs' February 13, 2026, letter within two weeks of funding being restored.

      The parties will provide a further status update to the Court on or before March 31, 2026. We thank the Court for its attention to this matter.

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney for the
      Southern District of New York
      *Attorney for Defendant*

By:  /s/ *Jessica F. Rosenbaum*
      JESSICA F. ROSENBAUM
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2777
      E-mail:  jessica.rosenbaum@usdoj.gov